1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL R. MORENO,

11            Plaintiff,                    No. CIV S-07-1500 LEW JFM P

12       vs.

13   Warden D.K. SISTO, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's order of July 25, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

18            1.  Plaintiff's August 24, 2007 request for an extension of time is granted; and

19            2.  Plaintiff is granted thirty days from the date of this order in which to file an

20   amended complaint.

21   DATED:  September 5, 2007.

22

23

                                        UNITED STATES MAGISTRATE JUDGE

24

25   /mp;001
     more1500.36
26